UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| In re: | |
| BRIDGE TO ADULTHOOD, L.L.C. | Case No. 25-10810-jal |
| Debtor | Chapter 11 |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE
REQUIRED SCHEDULES AND STATEMENTS**

This matter came before the Court upon the *Motion to Extend Time to File Required Schedules and Statements* (the "Motion") filed by Bridge To Adulthood, L.L.C. ("Debtor"). Notice having been given and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Motion is **GRANTED**; Debtor shall file all remaining required schedules and statements on October 14, 2025.

**SO ORDERED.**

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated:  October 8, 2025

CHARITY S. BIRD
TYLER R. YEAGER
J. GABRIEL DENNERY
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Facsimile: (502) 540-8282
Email: cbird@kaplanjohnsonlaw.com
Email: tyeager@kaplanjohnsonlaw.com
Email: gdennery@kaplanjohnsonlaw.com